NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDA PORTER, | Hon. Dennis M. Cavanaugh |
| Petitioner, | **ORDER** |
| v. | Civil Action No. 07-CV-5768 (DMC) |
| COMM. OF SOCIAL SECURITY, | |
| Respondent. | |

This matter coming before the Court upon Petitioner Linda Porter's ("Petitioner") motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and upon considering Petitioner's affidavit;

IT IS on this 22 day of October, 2008;

**ORDERED** that Petitioner's motion to proceed *in forma pauperis* is **granted**; and it is further

**ORDERED** that the Clerk of the Court shall file the Complaint and issue summonses.

_____
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:        All Counsel of Record
           Hon. Mark Falk, U.S.M.J.
           File